**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**COLUMBUS DIVISION**

| | |
|---|---|
| In the matter of<br><br>**GILBERT FULEKI**<br>**NANCY FULEKI**<br><br>Debtor(s) | Case No. **09-60893-CKP**<br><br>Chapter 7<br><br>Judge **C. KATHRYN PRESTON** |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**
**AND UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT**

The attached check in the amount of (1)$ 90.63 represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Claim No. | Creditor Name and Address | Amount of Dividend |
|---|---|---|
| 14 | U.S. Department of Education<br>P.O. Box 65128<br>St. Paul, MN 55165 | 90.63 |
| | Total Unclaimed/ Small Dividends $25.00 or under | $0.00 |
| | Total Unclaimed Dividends Over $25.00 | $90.63 |

Dated:   7/7/2011

/s/ Clyde Hardesty

Clyde C. Hardesty

cc: U.S. Trustee